UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney:  REESE RICHMAN LLP.

MICHAEL TERRERO

Plaintiff(s)

- against -

Index # 14-CV-5210

THE CITY OF NEW YORK, ETAL

Purchased July 11, 2014

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 25, 2014 at 12:12 PM at

C/O CORPORATION COUNSEL
ATTN: MESSENGER CENTER
100 CHURCH STREET, 1ST FLOOR
NEW YORK, NY 10007

deponent served the within SUMMONS AND COMPLAINT on THE CITY OF NEW YORK therein named,

CORPORATION a DOMESTIC corporation by delivering thereat a true copy of each to B. MAZYCK, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|------------|---------------|------------------|-----------------|
| FEMALE | BROWN | BLACK | 50 | 5'6 | 210 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  July 25, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11,2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

ANDERSON CHAN
License #: 1220482
Invoice #: 605012

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY, 10007, (212) 619-0728, NYCDCA#1102045