UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: REESE RICHMAN LLP.

---

MICHAEL TERRERO

                                                    Plaintiff(s)

                          - against -

Index # 14 CV 5210 (DANIELS)

Purchased July 11, 2014

THE CITY OF NEW YORK, ETAL

                                                   Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANGEL GUTIERREZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 25, 2014 at 10:34 AM at

215 E. 161ST STREET
ROOM M13
BRONX, NY 10451

deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER SHAREEN GRANT (SHIELD # 20804) therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to P.O. COLON a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 48 | 5'6 | 170 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence/actual place of business at

215 E. 161ST STREET
ROOM M13
BRONX, NY 10451

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 28, 2014 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 28, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANGEL GUTIERREZ |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1152171 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 604743 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |