AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| MICHAEL TERRERO | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 14-cv-5210 (GBD) |
| CITY OF NEW YORK, ET AL., [SEE RIDER BELOW FOR ADDITIONAL DEFENDANTS] | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  P.O. ANTHONY ROMERO
NYPD 46th Precinct
2120 Ryer Avenue
Bronx, NY 10457

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Reese Richman LLP
875 Avenue of the Americas, 1808
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/26/2014                                               /s/ M. Oh

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-5210 (GBD)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Michael Terrero v. The City of New York, et al.

Case No. 14-cv-5210 (GBD)

Plaintiff:

Michael Terrero

1767 Weeks Avenue

Bronx, NY 10457

Defendants:

The City of New York
100 Church Street
New York, NY 10001

Police Officer Ellines Jiminez
(Shield #05259)
Patrol Boro Bronx
450 Cross Bronx Expy
Bronx, NY 10457

Police Officer Matricia Mundy
(Shield #02469)
NYPD 46th Precinct
2120 Ryer Avenue
Bronx, NY 10457

Police Officer Shareen Grant
(Shield #20804)
Bronx Court
215 East 161st Street
Bronx, NY 10451

Defendant Police Officer Anthony Romero
(Tax ID #940669)
NYPD 46th Precinct
2120 Ryer Avenue
Bronx, NY 10457