UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
MICHAEL TERRERO,

      Plaintiff,

 -against-

THE CITY OF NEW YORK, et al.,

      Defendants.
---------------------------------- x

ORDER

14 Civ. 05210 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The February 11, 2015 conference is adjourned to February 26, 2015 at 9:45 AM.

Dated: New York, New York
   February 2, 2015

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge