# THE RICHMAN LAW GROUP

195 Plymouth Street, Brooklyn, NY 11201
P: (212) 687-8291 / F: (212) 687-8292
krichman@richmanlawgroup.com

May 4, 2015

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11A
New York, NY 10007-1312
(212) 805-6735 (phone)

        Re: *Michael Terrero v. City of New York, et al.*
            Case No. 1:14-cv-05210 (GBD)

Dear Honorable Judge Daniels:

      As counsel for Plaintiff Michael Terrero, I write on behalf of all parties to request an adjournment of the conference before your Honor currently scheduled for tomorrow, May 5, 2015, at 9:45 a.m.

      We are requesting this adjournment because the mediation in this case is ongoing, with a second session between the parties scheduled for May 12, 2015 at 10:00 a.m. The parties respectfully request that the Court adjourn the conference to a date sometime after the second mediation session has taken place, as settlement discussions are ongoing and the parties continue to hope to resolve the case.

                                                  Respectfully submitted,

                                                  _____
                                                  Kim E. Richman
                                                  **THE RICHMAN LAW GROUP**
                                                  195 Plymouth Street
                                                  Brooklyn, NY 11201
                                                  krichman@richmanlawgroup.com
                                                  212-687-8291 (telephone)
                                                  212-687-8292 (facsimile)

                                                  *Attorney for Plaintiff*