UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MICHAEL TERRERO,

                                    Plaintiff,

          -against-

CITY OF NEW YORK, P.O. ELLINES JIMENEZ (SHIELD #05259), P.O. MARTICIA MUNDY (SHIELD #02469), P.O. SHAREEN GRANT (SHIELD #20804), P.O. ANTHONY ROMERO, AND P.O.S JOHN AND JANE DOE #1-20, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES (THE NAMES "JOHN AND JANE DOE" BEING FICTITIOUS, AS THE TRUE NAMES ARE PRESENTLY UNKNOWN,

                                         Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 Civ. 5210 (GBD)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       July 8, 2015

| | |
|---|---|
| THE RICHMAN LAW GROUP<br>*Attorneys for Plaintiff*<br>195 Plymouth Street<br>Brooklyn, New York 11201<br>(718) 705-4694<br><br>By: _____<br>Kim E Richman<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,<br>   Jimenez, Mundy, and Grant*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Omar J. Siddiqi<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. GEORGE B DANIELS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015